# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Shea, Michael P. | 2. Court or Organization<br><br>District of Connecticut | 3. Date of Report<br><br>05/07/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>Abraham Ribicoff Federal Building<br>450 Main Street<br>Hartford, CT 06103 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | Day Pitney LLP Retirement Plan, no control |
| 2. 1998 | Cleary Gottlieb Steen & Hamilton LLP Retirement Plan, no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Michael P. | 05/07/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed marriage and family therapist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | February 14-21, 2015 | Casa de Campo, Dominican Republic | U.S.-International Tax Enforcement Seminar | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Michael P. | 05/07/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Michael P. | 05/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHET Moderate Managed Allocation Option (529) | | None | M | T | Sold (part) | 06/30/15 | J | A | |
| 2. | | | | | Sold (part) | 07/02/15 | J | A | |
| 3. | | | | | Sold (part) | 07/15/15 | J | A | |
| 4. | | | | | Sold (part) | 12/09/15 | J | A | |
| 5. | | | | | Buy (add'l) | 10/13/15 | K | | |
| 6. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 7. CHET High Equity Option (529) | | None | K | T | Sold (part) | 06/30/15 | J | A | |
| 8. | | | | | Sold (part) | 07/15/15 | J | A | |
| 9. Dreyfus Midcap Index Fund | | None | L | T | Sold (part) | 06/29/15 | J | A | |
| 10. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 11. Fidelity Blue Chip Growth Fund | B | Dividend | L | T | | | | | |
| 12. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 13. Fidelity Cash | A | Interest | J | T | | | | | |
| 14. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 15. Fidelity Dividend Growth Fund | B | Dividend | | | Sold | 07/29/15 | J | A | |
| 16. Vanguard Target 2030 | A | Dividend | J | T | Buy | 07/29/15 | J | | |
| 17. Fidelity Growth & Income Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Morley Stable Value Fund Net 20 | | None | K | T | Buy (add'l) | 06/29/15 | K | | |
| 19. PIMCO Total Return Fund | | None | K | T | Buy (add'l) | 06/29/15 | K | | |
| 20. T. Rowe Price Retirement 2030 Fund | | None | M | T | Sold (part) | 06/29/15 | M | A | |
| 21. Vanguard Emerging Markets Stock Index Fund | A | Dividend | J | T | Buy (add'l) | 07/08/15 | J | | |
| 22. Vanguard High-Yield Tax Exempt Fund | A | Dividend | K | T | Buy (add'l) | 07/08/15 | J | | |
| 23. Vanguard Inter-Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 24. Vanguard Inter-Term Treasury Fund | A | Dividend | J | T | Buy (add'l) | 07/08/15 | J | | |
| 25. Vanguard Small Cap Value Index Admiral Fund | A | Dividend | K | T | Buy (add'l) | 07/08/15 | J | | |
| 26. Vanguard Diversified Equity Investments Fund | B | Dividend | K | T | | | | | |
| 27. Vanguard Value Index Fund Admiral | A | Dividend | K | T | | | | | |
| 28. Vanguard Institutional Index Fund | | None | M | T | Buy (add'l) | 06/29/15 | J | | |
| 29. Vanguard Total International Stock Index Fund | | None | M | T | Buy (add'l) | 06/29/15 | K | | |
| 30. Vanguard Total Bond Market Index Fund | | None | L | T | Sold (part) | 06/29/15 | J | A | |
| 31. Glenmede Small Cap Equity Instl | | None | K | T | Buy | 07/15/15 | K | | |
| 32. Bank of America Accounts | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Michael P. | 05/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The calculation of capital gains for 529 plans and Vanguard, Fidelity, and T. Rowe Price retirement fund sales (Part VII) are estimates based on account history. Precise information is not available.

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Michael P. | 05/07/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Michael P. Shea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544